IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 3:16-cr-12-DPJ-LRA-2

RICHARD CALVIN HARPER

## MOTION FOR CONTINUANCE OF SENTENCING, UNOPPOSED

COMES NOW the Defendant, Richard Calvin Harper, by and through his attorney in the above style and numbered cause and files this his, *Motion for Continuance for Sentencing, Unopposed*, and would show the Court the following:

The Defendant requests an extension of time due to outstanding issues that could affect the sentence of the Defendant and the Defendant requests a continuance until after November 8, 2016, to complete the examination of these issues.

The Defendant has consulted with the Government, and it does not oppose this motion.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that the sentencing hearings for the Defendant in this matter be continued until after November 8, 2016.

RESPECTFULLY submitted, this the _____ day of September, 2016.

_____
RICHARD CALVIN HARPER, DEFENDANT

By: _____
SAM M. BRAND, JR.(MSB#4310)
*Attorney for the Defendant*
Brand Law Group, PLLC
Post Office Box 5
Raymond, MS 39154
Telephone:   (601) 949-7575
Facsimile:   (601) 605-0447

E-Mail:     sambrand@sbrandlaw.com

CERTIFICATE OF SERVICE

I, Sam M. Brand, Jr., Attorney for the Defendant, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record:

DATED this the 12 day of September, 2016.

/s/ Sam M. Brand
SAM M. BRAND, JR.